## Policy



| Policy Details | Agency Details | **Coverages** | Endorsements | Policy Documents |

| | |
|---|---|
| Line Of Business | Property |
| Line Code | Homeowners |
| Your Choice Package: | N/A |
| Company Code | 064 |

Discuss all applicable coverages and deductible. Check all boxes that apply.

**Coverage Information - 3304 ROBIN AVE,PHARR,TX,**

| Read | Coverage | Limit |
|---|---|---:|
| ☐ | Dwelling | 188,611 |
| ☐ | Guest Medical - Mold | |
| ☐ | Other Structures | 18,862 |
| ☐ | Other Structures - Mold | |
| ☐ | Unscheduled Personal Property | 94,306 |
| ☐ | Unscheduled Personal Property - Mold | |
| ☐ | Business Property Off / On Premise | 200 / 1,000 |
| ☐ | Guns | 2,000 |
| ☐ | Jewelry, Watches, and Furs | 1,000 / 5,000 |
| ☐ | Compact Discs | 500 |
| ☐ | Silverware/Goldware/Pewterware | 2,500 |
| ☐ | Contents of Refrigerator | 500 |
| ☐ | Debris Removal | |
| ☐ | Additional Living Expense | 18,862 |
| ☐ | Additional Living Expense - Mold | |
| ☐ | Fire Department Service Charge | 500 |
| ☐ | Foundation Water Damage | 5,000 |
| ☐ | Land | 10,000 |
| ☐ | Lock Replacement | 500 |
| ☐ | Motorized Land Vehicle | 1,500 |
| ☐ | Roof Surfaces Extended Coverage | |
| ☐ | Trading Cards | 250 / 1,000 |
| ☐ | Theft of Tools | 10,000 |
| ☐ | Trailer - Non Boat | 1,000 |
| ☐ | Trees, Plants, and Shrubs | 500 / 9,430 |
| ☐ | Motorized Land Vehicle Parts, Equipment or Accessories | 10,000 |



| | | |
|---|---|---|
| ☐ Watercraft | | 1,000 |
| ☐ Liability | | 200,000 |
| ☐ Liability - Mold | | |
| ☐ Guest Medical | | 2,500 |
| ☐ Dwelling - Mold | | |

| Read Coverage | Deductible Type | Deductible |
|---|---|---|
| No Policy Coverage Deductibles exists. | | |

**Policy Deductible:**          **2%**

| Peril | Deductible |
|---|---|
| Wind and Hail | 2% |
| Tropical Cyclone Deductible | 2% / 3,772 |

| Additional Scripts | Participant | * Select...   · |
|---|---|---|

Find Policy Form

**Save**

Subjects Of Insurance      View Coverage File Notes      View UnderWriting File Notes      View Related Policies