Skip to Main Content   Logout   My Account   Search Menu   New Civil Search   Refine Search   Back           Location : All Courts   Images

# REGISTER OF ACTIONS
## CASE NO. C-2209-16-I

| | | |
|---|---|---|
| Silvia Martinez, Rene Martinez VS. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ALLSTATE TEXAS LLOYDS | § § § § § | Case Type: Contract - Consumer/Commercial/Debt (OCA)<br>Date Filed: 05/11/2016<br>Location: 398th District Court |

---

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| Defendant | ALLSTATE TEXAS LLOYDS | |
| Defendant | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | |
| Plaintiff | Martinez, Rene | R. KENT LIVESAY<br>*Retained*<br>956-686-5776(W) |
| Plaintiff | Martinez, Silvia | R. KENT LIVESAY<br>*Retained*<br>956-686-5776(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 05/11/2016 | Original Petition (OCA)<br>*Rene and Silvia Martinez Original Petition* | | |
| 05/17/2016 | Citation<br>*emailed to litigation@livesaylawfirm.com ENV# 10679805* | | |
| | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | Unserved | |
| | ALLSTATE TEXAS LLOYDS | Served<br>Returned | 07/27/2016<br>08/08/2016 |
| 05/17/2016 | Service Issued | | |
| 08/08/2016 | Service Returned<br>*ALLSTATE TEXAS LLOYD* | | |
| 08/18/2016 | Answer<br>*Def. Allstate Original Ans.* | | |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Defendant** ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 08/26/2016** | | | 42.00<br>42.00<br>**0.00** |
| 08/19/2016 | Transaction Assessment | | | 42.00 |
| 08/19/2016 | EFile Payments from TexFile | Receipt # DC-2016-064068 | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | (42.00) |
| | **Plaintiff** Martinez, Rene<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 08/26/2016** | | | 310.00<br>310.00<br>**0.00** |
| 05/12/2016 | Transaction Assessment | | | 310.00 |
| 05/12/2016 | EFile Payments from TexFile | Receipt # DC-2016-037015 | Martinez, Rene | (310.00) |
| | **Plaintiff** Martinez, Silvia<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 08/26/2016** | | | 2.00<br>2.00<br>**0.00** |
| 08/08/2016 | Transaction Assessment | | | 2.00 |
| 08/08/2016 | | Receipt # DC-2016-060633 | Martinez, Silvia | (2.00) |

EFile Payments from
TexFile