IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RENE MARTINEZ AND<br>SILVIA MARTINEZ<br><br>VS.<br><br>ALLSTATE TEXAS LLOYDS AND<br>ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE COMPANY | § § § § § § § § §   CIVIL ACTION NO. 7:16-cv-00521<br><br>JURY DEMANDED |

## DEFENDANT'S MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **ALLSTATE VEHICLEAND PROPERTY INSURANCE COMPANY AND ALLSTATE TEXAS LLOYDS,** Defendants in the above-styled and numbered cause, and files this Motion to Dismiss for Want of Prosecution pursuant to Federal Rule of Civil Procedure 41(b) and in support thereof would respectfully show unto the court as follows:

### I.

This case involves a claim for wind and/or hail damage to Plaintiffs' home as a result of a storm occurring on November 22, 2014. The lawsuit was filed on May 11, 2016 by Attorney R. Kent Livesay. This case is currently set for jury selection and trial on September 6, 2017.

### II.

Attorney for Plaintiffs, R. Kent Livesay and William McCarthy were allowed to withdraw as counsel of record by court order on February 9, 2017. Defense counsel has attempted to reach the Pro Se Plaintiffs via mail correspondence dated March 15, 2017 and April 25, 2017 requesting they contact counsel if they intend to proceed with the case. Plaintiffs have not contacted defense counsel concerning their pending case. No attorney has contacted defense counsel on behalf of the Plaintiffs regarding representation of the Plaintiffs. It does not appear to Defendants that Plaintiffs, Rene

Martinez and Silvia Martinez wish to pursue this matter. Accordingly, Defendant requests that the claims of Rene Martinez and Silvia Martina be dismissed for want of prosecution.

WHEREFORE PREMISES CONSIDERED, Defendants, ALLSTATE TEXAS LLOYDS ALLSTATE VEHICLE AND PROPERTY CASUALTY INSURANCE COMPANY respectfully request that this Court set this matter for hearing and dismiss this case in its entirety with prejudice for want of prosecution.

Respectfully Submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
10225 N. 10th Street
McAllen, Texas 78504
Tel. (956) 393-6300
Fax (956) 386-1625
rsandoval@rofllp.com

*/r/ Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Texas Bar No. 04709300
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that I attempted to confer with Plaintiffs, Victor & Esmeralda Sandoval, by correspondence dated March 15, 2017 and April 25, 2017 regarding the pending motion and lawsuit. No response has been received.

*/s/ Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL

## *CERTIFICATE OF SERVICE*

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss for Want of Prosecution has been sent to Pro Se Plaintiff via regular mail and certified mail as follows:

Rene Martinez and Silvia Martinez
3304 Robin Ave.
Pharr, Texas 78577

on this 8th day of June, 2017.

                                              */s/   Rosemary Conrad-Sandoval*
                                      ROSEMARY CONRAD-SANDOVAL