United States District Court
Southern District of Texas
**ENTERED**
July 17, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RENE MARTINEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-521 |
| | § | |
| ALLSTATE TEXAS LLOYDS, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Upon consideration of Defendants Allstate Vehicle and Property Insurance Company and Allstate Texas Lloyds's Motion to Dismiss, (Dkt. No. 19), which is deemed unopposed due to Plaintiffs Rene Martinez and Silvia Martinez's failure to respond to the Motion within the time periods prescribed by Local Rules 7.3 and 7.4 and by this Court, (Dkt. No. 20), the Court hereby **ORDERS** that the Motion is **GRANTED** and this case is therefore **DISMISSED** with prejudice to the refiling of the same, each party to pay their own costs.

SO ORDERED this 17th day of July, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge